IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2006 MAY 23  PM 2: 59

GREGORY C. LANGHAM
CLERK

06-MC-0029-WDM

BY_____ DEP. CLK

IN THE MATTER OF PROSPECTIVE JUROR JOSE MARTIN GUTIERREZ

---

### ORDER

---

This matter has come to the attention of the court on information provided by the Clerk's office. Mr. Gutierrez was summoned to be on call as a petit juror in this court for the month of May 2006 but failed to appear on both May 8 and May 16, 2006. He was notified in writing and by phone that he had failed to appear. Mr. Gutierrez then sent a letter to a deputy clerk stating in part that he did "not think the law requires me to do so."

Mr. Gutierrez may be in violation of 28 U.S.C. § 1866(g) for his failure to appear. It is therefore ordered that Mr. Gutierrez appear in Courtroom A902 at the Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado, on July 7, 2006, at 11:00 a.m. to show cause why he is not in violation of said statute, to be fined up to $100 or imprisoned not more than three days.

It is further ordered that the U.S. Marshal serve this order on Jose Martin Gutierrez.

Dated at Denver, Colorado May 23, 2006

BY THE COURT:

s/ Walker D. Miller
United States District Judge